Form 151

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

Debra Terri Caltado

Debtor(s)

Bankruptcy Case No.: 16-24665-CMB

Related to Doc. 119, 120
Chapter: 13
Docket No.: 121
Concil. Conf.: September 30, 2021 @ 9:00 AM

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on the 29th day of July, 2021, I served a copy of the within *Order* filed at Document 120 together with the Notice *of Proposed Modification to Confirmed Plan and the Amended Plan* dated July 28, 2021 filed in this proceeding at Docket No. 119 and this COS, by Prepaid United States First Class Mail on the Respondent(s):

**See List that follows:**

Executed on July 29, 2021             /s/David A. Colecchia
       (Date)                                 (Electronic Signature)

David A. Colecchia, PA 71830 David A. Colecchia and Associates, Law Care, 324 S. Maple Ave. Greensburg, PA 15601, 724-837-2320 colecchia542@comcast.net

ACS Student Loan Consolidation C
ACS/Education Services
P.O. Box 7051
Utica, NY 13504-7051

Bank of America, N.A.
16001 N. Dallas Pkwy
Addison, TX 75001-3311

Bank of America, N.A.
P.O. Box 31785
Tampa, FL 33631-3785

Bank of America, N.A.
U.S. Bank, National Association, As Successor
P.O. Box 31785
Tampa, FL 33631-3785

Debra Terri Cataldo
632 Penny Drive
Pittsburgh, PA 15235-4243

Ascendium Education Solutions, Inc
2501 International Lane
Madison, WI 53704-3180

Goal Structured Solutions TR 2015-1
on behalf of Untied Student Aid Funds
Navient Solutions, Inc.
on behalf of United Student Aid Funds, Inc
Attn: Bankruptcy Litigation Unit E3149
P.O. Box 9430
Wilkes Barre, PA 18773-9430

Maria Miksich
KML Law Group, P.C.
701 Market St., Suite 5000
Philadelphia, PA 19106-1541

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

**Parties Served Electronically by the Court:**

colecchia542@comcast.net, dcolecchia@my-lawyers.us, jmonroe@my-lawyers.us, sshipley@my-lawyers.us, skerr@my-lawyers.us

David A. Colecchia on behalf of Debtor Debra Terri Cataldo

EBN_AIS@AMERICANINFOSOURCE.COM
American InfoSource LP as agent for Verizon,

blegal@phfa.org
PA Housing Finance Agency,

blegal@phfa.org
PHFA/HEMAP

cmecf@chapter13trusteewdpa.com
Ronda J. Winnecour

GUARBKe-courtdocs@ascendiumeducation.org
GLHEC & Affiliates: GLHEGC, NELA, USAF

GUARBKe-courtdocs@ascendiumeducation.org
United Student Aid Funds, Inc (USAF)

jodi.hause@phelanhallinan.com, pawb@fedphe.com
Jodi L. Hause on behalf of Creditor Bank of America, N.A.

jodi.hause@phelanhallinan.com , pawb@fedphe.com
Jodi L. Hause on behalf of Creditor US Bank National Association,eta

kburkley@bernsteinlaw.com
Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley

pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com, acarr@bernsteinlaw.com
Peter J. Ashcroft on behalf of Creditor Duquesne Light Company

pawb@fedphe.com
Jeremy J. Kobeski on behalf of Creditor US Bank National Association,etal

pawb@fedphe.com
Mario J. Hanyon on behalf of Creditor US Bank National Association,etal

pawb@fedphe.com
Thomas Song on behalf of Creditor US Bank National Association,etal

ustpregion03.pi.ecf@usdoj.gov
Office of the United States Trustee

wfmelectronicbankruptcynotifications@verizonwireless.com
Verizon