## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 16-24665-CMB |
|    Debra Terri Cataldo | : | Chapter 13 |
| | : | |
| Debtor, | : | |

### NOTICE OF
### CHANGE OF ADDRESS

Undeliverable Address

    Creditor Name:    United Student Aid Funds
    Incorrect Address:    P.O. Box 8961
                                 Madison, WI 53708

Corrected Address:

    Creditor Name:    United Student Aid Funds
    Correct Address:    P.O. Box 6028
                                 Indianapolis, IN 46206

Dated: August 16, 2021

/s/David A. Colecchia, Esquire
Electronic Signature of Debtor(s)' Attorney
Law Care
David A. Colecchia and Associates
324 South Maple Ave.
Greensburg, PA 15601
724-837-2320
PA Bar I.D. 71830
dcolecchia@my-lawyers.us