UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | :    CHAPTER 13 |
| DEBRA TERRI CATALDO | : |
| | :    BANKRUPTCY NO. 16-24665-CMB |
|           Debtor | : |
| | : |
| PENNSYLVANIA HOUSING FINANCE AGENCY HOMEOWNER'S EMERGENCY MORTGAGE ASSISTANCE PROGRAM | :    RELATED TO CLAIM NO. 4 |
| | : |
|           Movant | : |
| vs. | : |
| DEBRA TERRI CATALDO AND RONDA J WINNECOUR | : |
|           Respondents | : |

## WITHDRAWAL OF PROOF OF CLAIM

AND NOW comes Pennsylvania Housing Finance Agency Homeowner's Emergency Mortgage Assistance Program and hereby withdraws the Proof of Claim heretofore filed on March 30, 2017 Claim 4, in the above case.

PURCELL, KRUG & HALLER

By: /s/Leon P. Haller
Leon P. Haller, Esquire
1719 North Front Street
Harrisburg, PA 17102-2392
Dated: September 14, 2021    (717)234-4178 ID # 15700
Attorney for Pennsylvania Housing
Finance Agency Homeowners'
Emergency Assistance Program

## **CERTIFICATE OF SERVICE**

I, Leon P. Haller, attorney for Pennsylvania Housing Finance Agency Homeowners' Emergency Mortgage Assistance Program, hereby certify that a true and correct copy of the foregoing Withdrawal of Proof Of Claim was forwarded to the following individuals by regular U. S. Mail, first class service, postage prepaid, on September 14, 2021 , addressed as follows:

> Debra Terri Cataldo
> 632 Penny Drive
> Pittsburgh, PA 15234
>
> Ronda J. Winnecour, Esquire
> Via E-Mail:  ECF/CM
>
> David A. Colecchia, Esquire
> Via E-Mail:  ECF/CM

> /s/Leon P. Haller_____
> Leon P. Haller

Dated: September 14, 2021