# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 16-24665-CMB |
| Debra Terri Cataldo | : | Chapter 13 |
| | : | |
| Debtor, | : | |

### NOTICE OF
### CHANGE OF ADDRESS

Undeliverable Address

    Creditor Name:    GOAL STRUCTURED SOLUTIONS TR 2015-1
on behalf of United Student Aid Funds.
Navient Solutions, Inc. on behalf of
United Student Aid Funds, Inc.
Attn: Bankruptcy Litigation Unit E3149
PO Box 9430,
Wilkes Barre, PA 18773-9430

Corrected Address:

    Creditor Name:    GOAL STRUCTURED SOLUTIONS TR 2015-1
on behalf of United Student Aid Funds.
Navient Solutions, Inc. on behalf of
United Student Aid Funds, Inc.
Attn: Bankruptcy Litigation Unit E3149
PO Box 9500
Wilkes Barre, PA 18773-9500

Dated: August 16, 2021

/s/David A. Colecchia, Esquire
Electronic Signature of Debtor(s)' Attorney
Law Care
David A. Colecchia and Associates
324 South Maple Ave.
Greensburg, PA 15601
724-837-2320
PA Bar I.D. 71830
dcolecchia@my-lawyers.us