IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No. 16-24665-CMB |
| Debra Terri Cataldo | ) | Chapter 13 |
| | ) | |
| Debtor(s) | ) | |
| | ) | Doc #_____ |
| Ronda J. Winnecour, Chapter 13 Trustee | ) | |
| Movant(s) | ) | |
| vs. | ) | |
| Debra Terri Cataldo | ) | |
| | ) | |
| Respondent(s) | ) | |

NOTICE OF HEARING ON MOTION OF TRUSTEE FOR DISMISSAL

[Not for publication by any newspaper creditor]

TO ALL PARTIES IN INTEREST:

Notice is hereby given pursuant to Bankruptcy Rule 1017 that the Trustee shall

separately serve on the debtor(s) a Motion to Dismiss the Chapter 13 Case.

If no response is timely filed from any party of interest, the motion will be granted

by default without a hearing.  If a written response is timely filed, a Zoom Video

Conference hearing on the Trustee's motion will be held on July 15, 2022, at

10:00 a.m. before Judge Carlota Böhm.  Parties or counsel of record who intent

to participate in the hearing shall appear by Zoom Video Conference and shall

make arrangements as directed by Judge Böhm's  Zoom Procedures at

http://www/pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-

videohrg.pdf.  Any party wishing to be heard at the hearing on the Trustee's

Motion to Dismiss should file a written response on or before July 6, 2022.

| | |
|---|---|
| 6/16/22 | /s/ Ronda J. Winnecour |
| Date | Ronda J. Winnecour (PA I.D.#30399) |
| | Attorney and the Chapter 13 Trustee |
| | U.S. Steel Tower – Suite 3250 |
| | 600 Grant Street |
| | Pittsburgh, PA  15219 |
| | cmecf@chapter13trusteewdpa.com |