IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Debra Terri Cataldo<br><br>      Debtor(s)<br><br>Ronda J. Winnecour, Chapter 13 Trustee<br>      Movant(s)<br>      vs.<br>Debra Terri Cataldo<br><br>      Respondent(s) | Case No. 16-24665-CMB<br>Chapter 13<br><br>Doc #__131____ |

NOTICE OF HEARING ON MOTION OF TRUSTEE FOR DISMISSAL

[Not for publication by any newspaper creditor]

TO ALL PARTIES IN INTEREST:

Notice is hereby given pursuant to Bankruptcy Rule 1017 that the Trustee shall separately serve on the debtor(s) a Motion to Dismiss the Chapter 13 Case.

If no response is timely filed from any party of interest, the motion will be granted by default without a hearing. If a written response is timely filed, a **Zoom Video Conference** hearing on the Trustee's motion will be held on **July 15, 2022, at 10:00 a.m. before Judge Carlota Böhm.** Parties or counsel of record who intent to participate in the hearing shall appear by Zoom Video Conference and shall make arrangements as directed by Judge Böhm's Zoom Procedures at **http://www/pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf.** Any party wishing to be heard at the hearing on the Trustee's Motion to Dismiss should file a written response on or before **July 6, 2022.**

| | |
|---|---|
| 6/16/22<br>Date | /s/ Ronda J. Winnecour<br>Ronda J. Winnecour (PA I.D.#30399)<br>Attorney and the Chapter 13 Trustee<br>U.S. Steel Tower – Suite 3250<br>600 Grant Street<br>Pittsburgh, PA  15219<br>cmecf@chapter13trusteewdpa.com |

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 16-24665-CMB
Debra Terri Cataldo  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3
Date Rcvd: Jun 17, 2022      Form ID: pdf900      Total Noticed: 18

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Debra Terri Cataldo, 632 Penny Drive, Pittsburgh, PA 15235-4243 |
| cr | + | BANK OF AMERICA, N.A., 16001 N. Dallas Pkwy, Addison, TX 75001-3311 |
| 14351011 | | GOAL STRUCTURED SOLUTIONS TR 2015-1 on behalf of, United Student Aid Funds., Navient Solutions,Inc. on behalf of, United Student Aid Funds,Inc, Attn: Bankruptcy Litigation Unit E3149 PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 15176840 | | U.S. BANK,NATIONAL ASSOCIATION, ET.AL., Bank of America, PO BOX 31785, Tampa FL 33631-3785 |
| 14808404 | + | United Student Aid Funds, Inc (USAF), PO Box 6028, Indianapolis, IN 46206-6028 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Jun 17 2022 23:51:00 | GLHEC & Affiliates: GLHEGC, NELA, USAF, PO Box 8961, Madison, WI 53708 |
| cr | | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 17 2022 23:51:00 | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 17 2022 23:51:00 | Bank of America, N.A., U.S. BANK, NATIONAL ASSOCIATION, AS SUCC, PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | + | Email/Text: blegal@phfa.org | Jun 17 2022 23:51:00 | Pennsylvania Housing Finance Agency/HEMAP, 211 N. Front Street PO BOX 15206, Harrisburg, PA 17105-5206 |
| 14337827 | | Email/Text: bncnotifications@pheaa.org | Jun 17 2022 23:51:00 | ACS/Education Services, c/o Conduent Business Services, P. O. Box 2461, Harrisburg, PA 17105-2461 |
| 14366677 | | Email/PDF: ebn_ais@aisinfo.com | Jun 18 2022 00:04:43 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14337828 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 17 2022 23:51:00 | Bank Of America, NC4-105-03-14, P. O. Box 26012, Greensboro, NC 27420-6012 |
| 14415232 | + | Email/Text: kburkley@bernsteinlaw.com | Jun 17 2022 23:51:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14917735 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Jun 17 2022 23:51:00 | GLHEC & Aff: GLHEGC, NELA, USAF, PO Box 8961, Madison WI 53708-8961 |
| 14337829 | + | Email/Text: blegal@phfa.org | Jun 17 2022 23:51:00 | PA Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14353627 | | Email/Text: blegal@phfa.org | Jun 17 2022 23:51:00 | PHFA/HEMAP, 211 NORTH FRONT ST, PO BOX 8029, HARRISBURG, PA 17101 |
| 14395756 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 17 2022 23:51:00 | U.S. BANK, NATIONAL ASSOCIATION, et. al., C/O BANK OF AMERICA, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 14337830 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |

|  |  |  | Jun 17 2022 23:51:00 | Verizon, P. O. Box 25505, Lehigh Valley, PA 18002-5505 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | Bank of America, N.A. |
| cr |  | Duquesne Light Company |
| cr |  | U.S. BANK, NATIONAL ASSOCIATION, AS SUCCESSOR TRUS |
| cr |  | US Bank National Association,etal |
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., U.S. Bank, National Association, As Succ, PO BOX 31785, TAMPA, FL 33631-3785 |
| 14391367 | *P++ | PENNSYLVANIA HOUSING FINANCE AGENCY, 211 NORTH FRONT STREET, HARRISBURG PA 17101-1406, address filed with court:, PHFA/HEMAP, 211 NORTH FRONT ST, PO BOX 8029, HARRISBURG, PA 17101 |

TOTAL: 4 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 19, 2022                             Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David A. Colecchia | on behalf of Debtor Debra Terri Cataldo colecchia542@comcast.net dcolecchia@my-lawyers.us;sshipley@my-lawyers.us;skerr@my-lawyers.us;jschantz@my-lawyers.us;rjuliano@my-lawyers.us |
| David A. Colecchia | on behalf of Plaintiff Debra Terri Cataldo colecchia542@comcast.net dcolecchia@my-lawyers.us;sshipley@my-lawyers.us;skerr@my-lawyers.us;jschantz@my-lawyers.us;rjuliano@my-lawyers.us |
| Jeremy J. Kobeski | on behalf of Creditor US Bank National Association etal pawb@fedphe.com, mcupec@grenenbirsic.com |
| Jodi L. Hause | on behalf of Creditor Bank of America  N.A. jodi.hause@phelanhallinan.com, pawb@fedphe.com |
| Leon P. Haller | on behalf of Creditor Pennsylvania Housing Finance Agency/HEMAP lhaller@pkh.com dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com |
| Maria Miksich | on behalf of Creditor U.S. BANK  NATIONAL ASSOCIATION, AS SUCCESSOR TRUSTEE TO BANK OF AMERICA, N.A. AS SUCCESSOR TO LASALLE BANK, N.A., AS TRUSTEE FO R THE STRUCTURED ASSET INVESTMENT LOAN TRUST, MORTGAGE PASS-THRO UGH CE mmiksich@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Creditor US Bank National Association etal wbecf@brockandscott.com, mario.hanyon@brockandscott.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Jun 17, 2022 | Form ID: pdf900 | Total Noticed: 18 |

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
    on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
    ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Thomas Song
    on behalf of Creditor US Bank National Association etal pawb@fedphe.com

TOTAL: 11