# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 16-24665-CMB |
| Debra Terri Cataldo | : | Chapter 13 |
| | : | |
| Debtor, | : | |

## NOTICE OF CHANGE OF ADDRESS

Undeliverable Address

    Creditor Name: United Student Aid Funds
    Incorrect Address: P.O. Box 6028
    Indianapolis, IN 46206-6028

Corrected Address:

    Creditor Name: United Student Aid Funds
    Correct Address: 2501 International Lane
    Madison, WI 53704

Dated: July 28, 2022

/s/David A. Colecchia, Esquire
Electronic Signature of Debtor(s)' Attorney
Law Care
David A. Colecchia and Associates
324 South Maple Ave.
Greensburg, PA 15601
724-837-2320
PA Bar I.D. 71830
dcolecchia@my-lawyers.us