IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Case No. 16-24665-CMB |
| Debra Terri Cataldo, | Chapter 13 |
| Debtor, | Docket Document No. 154 |
| U.S. Bank, N.A., | Related to DD No. |
| Movant, | Related to Claim No. 5 |
| v. | |
| Debra Terri Cataldo, Ronda J. Winnecour, Chapter 13 Trustee | |
| Respondents. | |

## DECLARATION CONCERNING THE NOTICE OF MORTGAGE PAYMENT CHANGE DATED 10/7/2022

AND NOW Debtor Debra Cataldo, through attorney David A. Colecchia, Esq., files the following Declaration concerning the October 31, 2022 Notice of Mortgage Payment Change.

Counsel declares that neither an objection or an Amended Plan are necessary in this case, as the Debtor's Plan has been completed, and the Debtor took over direct payments as of September 2022. As a result, the Notice is moot.

Dated: 11/18/2022

Respectfully Submitted,
/s/David A. Colecchia
PA.I.D.No. 71830
David A. Colecchia and Associates
324 South Maple Ave.
Greensburg, PA 15601
(724)-837-2320
(724)-837-0602
dcolecchia@my-lawyers.us