IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:  Debra Terri Cataldo<br>       Debtor,<br>:<br>Debra Terri Cataldo<br>       Movant,<br><br>     v.<br>ACS/Education Services, Bank of America, N.A.<br>Ascendium Education Solutions, Inc<br>Goal Structured Solutions TR 2015-1<br>on behalf of Untied Student Aid Funds<br>Navient Solutions, Inc. on behalf of<br>United Student Aid Funds, Inc<br>KML Law Group, P.C. Pennsylvania Department of Revenue<br>American InfoSource LP as agent for Verizon,<br>PA Housing Finance Agency, PHFA/HEMAP<br>Ronda J. Winnecour, C13 Trustee, GLHEC & Affiliates:<br>GLHEGC, NELA, USAF Duquesne Light Company,<br>US Bank National Association, Verizon,<br>       Respondents, | Bankruptcy No. 16-24665-CMB<br><br>Chapter 13<br><br>Document No.: 156 |

## DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay any Domestic Support Obligations

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On August 16, 2022, at docket number 144, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by undersigned Counsel who duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

EXECUTED ON: November 22, 2022     By:   /s/David A. Colecchia, Esquire
                        David A. Colecchia
                         David A. Colecchia and Associates
                         324 S. Maple Ave.
                         Greensburg, PA 15601
                         724-837-2320
                         PA ID 71830
                         colecchia542@comcast.net

**PAWB Local Form 24 (07/13)**