IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Debra Ann Cataldo,<br>   Debtor, | Bankruptcy Case No.: 16-24665-CMB<br>Chapter: 13<br>Related to Document No. 158, 152, 151<br>Docket Document No. 160<br>Response Date: December 1, 2022 |
| Debra Ann Cataldo,<br>   Movant,<br>  vs.<br>No Respondents, | Hearing Date 12/13/2022 at 10:00AM |

**CERTIFICATE OF NO OBJECTION REGARDING MOVANT'S MOTION TO APPROVE COMPENSATION**

The undersigned hereby certifies that, as of December 2, 2022 no answer, objection or other responsive pleading to Movant's Motion to Approve Compensation filed at Docket Document 151 and served on November 14, 2022 at Docket Document 151 has been received.  The undersigned further certifies that the Court's docket in this case was reviewed December 2, 2022 at approximately 2:45 P.M. and no answer, to it appears thereon.  Pursuant to the Order Setting Hearing filed on November 14, 2022 at Docket Document No.152 and amended at Docket No 158 objections to the Debtors' Motion to Approve were to be filed and served no later than December 1, 2022.  It is hereby respectfully requested that the Proposed Order of Court filed at Docket Document 151 is  granted.

Dated: December 2, 2022         Respectfully Submitted,

                  s/David A. Colecchia, Esquire
                  Attorney for Movant/Applicant
                  David A. Colecchia and Associates
                  324 S. Maple Ave.
                  Greensburg, PA 15601
                  PA ID 71830
                  724-837-2320
                  Fax: 724-837-0602
                  colecchia542@comcast.net