IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Case No. 16-24665 |
| Debra Ann Cataldo, | Chapter 13 |
| Debtor, | Docket Document No. 151<br>Related to Doc: 152 |
| Debra Ann Cataldo, | |
| Movant,<br>v. | Hearing Date: 12/13/2022 10 AM<br>Response Date: 12/01/2022 |
| Bank of America, N.A, GLHEC & Affiliates GLHEGC, NELA, USAF, Pennsylvania Housing Finance Agency/HEMAP, ACS/Education Service, American InfoSource LP as agent for Verizon, Duquesne Light Company, Goal Structured Solutions TR 2015−1 on behalf of United Student Aid Funds, US Bank National Association,etal, Office of the United States Trustee and Rhonda J. Winnecour chapter 13 Trustee | **ENTERED BY DEFAULT** |

**ORDER OF COURT**

AND NOW, this ___7th___ day of ___December___, 2022, upon consideration of the Application for Professional Fees and Expenses filed by Counsel for the Debtor, and any responses thereto, it is hereby ORDERED and DECREED as follows:

1. Counsel's application for compensation is approved for the time period up to and including November 11, 2022, in the following amounts above and beyond fees and expenses already paid:

    a. Professional fees: $1,172.19

    b. Costs and Expenses: $0.00

2. A Judgement is entered against the Debtor in the Amount of $1, 172.19

FILED
12/7/22 12:55 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

*/s/ Carlota M. Böhm*     **dmr**

Carlota M. Bohm, Judge U.S.
Bankruptcy Court W. D. of PA

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 16-24665-CMB

Debra Terri Cataldo     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 2

Date Rcvd: Dec 07, 2022     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Debra Terri Cataldo, 632 Penny Drive, Pittsburgh, PA 15235-4243 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2022     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2022 at the address(es) listed below:

**Name**     **Email Address**

Brian Nicholas

    on behalf of Creditor U.S. BANK  NATIONAL ASSOCIATION, AS SUCCESSOR TRUSTEE TO BANK OF AMERICA, N.A. AS SUCCESSOR TO LASALLE BANK, N.A., AS TRUSTEE FO R THE STRUCTURED ASSET INVESTMENT LOAN TRUST, MORTGAGE PASS-THRO UGH CE bnicholas@kmllawgroup.com

David A. Colecchia

    on behalf of Debtor Debra Terri Cataldo colecchia542@comcast.net
dcolecchia@my-lawyers.us;sshipley@my-lawyers.us;skerr@my-lawyers.us;jschantz@my-lawyers.us;rjuliano@my-lawyers.us;tkonop@my-lawyers.us

David A. Colecchia

    on behalf of Plaintiff Debra Terri Cataldo colecchia542@comcast.net
dcolecchia@my-lawyers.us;sshipley@my-lawyers.us;skerr@my-lawyers.us;jschantz@my-lawyers.us;rjuliano@my-lawyers.us;tkonop@my-lawyers.us

Jeremy J. Kobeski

    on behalf of Creditor US Bank National Association etal pawb@fedphe.com, mcupec@grenenbirsic.com

Case 16-24665-CMB    Doc 162    Filed 12/09/22    Entered 12/10/22 00:28:03    Desc
Imaged Certificate of Notice    Page 4 of 4

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 07, 2022 | Form ID: pdf900 | Total Noticed: 1 |

Jodi L. Hause
    on behalf of Creditor Bank of America  N.A. jodi.hause@phelanhallinan.com, pawb@fedphe.com

Leon P. Haller
    on behalf of Creditor Pennsylvania Housing Finance Agency Homeowner's Emergency Mortgage Assistance Program lhaller@pkh.com  khousman@pkh.com;dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com

Leon P. Haller
    on behalf of Defendant Pennsylvania Housing Finance Agency lhaller@pkh.com khousman@pkh.com;dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com

Leon P. Haller
    on behalf of Creditor Pennsylvania Housing Finance Agency/HEMAP lhaller@pkh.com khousman@pkh.com;dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com

Maria Miksich
    on behalf of Creditor U.S. BANK  NATIONAL ASSOCIATION, AS SUCCESSOR TRUSTEE TO BANK OF AMERICA, N.A. AS SUCCESSOR TO LASALLE BANK, N.A., AS TRUSTEE FO R THE STRUCTURED ASSET INVESTMENT LOAN TRUST, MORTGAGE PASS-THRO UGH CE mmiksich@kmllawgroup.com

Mario J. Hanyon
    on behalf of Creditor US Bank National Association etal wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
    on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Thomas Song
    on behalf of Creditor US Bank National Association etal pawb@fedphe.com

TOTAL: 14